Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
Etay Kletter

David M. King (Bar No. 95279)
dking@carr-mcclellan.com
CARR McCLELLAN P.C.
216 Park Road
Burlingame, California 94010
Telephone:    (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendants
Chris Lewis, Scott Valencia, Antonio Montojo,
and City of San Mateo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETAY KLETTER,<br><br>          Plaintiff,<br><br>v.<br><br>CHRIS LEWIS, et al.,<br><br>          Defendants. | Case No.  3:15-cv-02056-WHO<br><br>STIPULATION AND ORDER CONTINUING FACT AND EXPERT DISCOVERY CUT-OFF AND TO COMPEL THE DEPOSITION OF TYLER EHRMAN AT CORCORAN STATE PRISON |

It is hereby stipulated by and between counsel for the parties in the matter of reference that the fact discovery cut-off and expert disclosures be continued from March 18, 2016, a period of one month to April 18, 2016, and that rebuttal expert designations and reports currently scheduled to be exchanged on April 8, 2016 be continued to May 8, 2016.

It is further stipulated by and between counsel for the parties that multiple efforts to schedule the deposition of percipient witness Tyler Ehrman at Corcoran State Prison where he is currently incarcerated have been unsuccessful. Mr. Ehrman reportedly was in a temporary

housing unit awaiting transfer to another location. As of this date, counsel for the parties have not been advised as to where Mr. Ehrman will be transferred or as to his availability to be deposed. The parties respectfully request that an order be issued compelling the deposition of Mr. Tyler Ehrman on a date certain prior to the close of discovery.

IT IS SO STIPULATED.

Dated: March 8, 2016                    CARR McCLELLAN P.C.


                                        By: */s/ David M. King*
                                            David M. King, Esq.
                                            Attorneys for Defendants
                                            Chris Lewis, Scott Valencia, Antonio Montojo
                                            and City of San Mateo

Dated: March 8, 2016


                                        By: */s/ Che L. Hashim*
                                            Che L. Hashim, Esq.
                                            Attorneys for Plaintiff
                                            Etay Kletter

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS.

The fact discovery cut-off and expert disclosure / expert report due date of March 18, 2016, is continued one month to April 18, 2016. Rebuttal expert designations and reports currently scheduled to be exchanged on April 8, 2016 are continued to May 8, 2016.

It is further ordered that the deposition of percipient witness Tyler Ehrman be scheduled to be taken on April 8, 2016, at Corcoran Prison where he is currently incarcerated.

Dated: March 10, 2016                   _____
                                            United States District Judge