1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ETAY KLETTER,

          Plaintiff,

   v.

CHRIS LEWIS, et al.,

          Defendants.

Case No.  15-cv-02056-WHO   (SK)

**NOTICE OF TELEPHONIC
SCHEDULING CONFERENCE FOR
SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that the Court will hold a telephonic Scheduling Conference in preparation for the Settlement Conference on **June 24, 2016 at 9:00 a.m**.  Counsel shall set up the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by 3:00 p.m. on June 23, 2016.

     **IT IS SO ORDERED.**

Dated: June 22, 2016



SALLIE KIM
United States Magistrate Judge